06-548

## PLANTIFF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS PER PLANTIFFS FIRST AMENDMENT TO OUR UNITED STATES CONSTITUTION THE FEDERAL COURTS ARE A FEDERAL GOVERNMENT AGENCY UNDER THE CONTROL OF OUR UNITED STATES CONGRESS

### PLANTIFF REQUEST

That filing fees be waived under a declaration of Oath for lack of funds.

Plantiff is living on fixed incomes and on social security disability.

and can not afford the filing fee.

Wednesday, August 09, 2006

signed,

Joseph D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342
phone (302)-945-1554

FILED
2006 SEP -1 PM 3:32
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RP scanned