IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH L. D'ALESSANDRO<br>and OLGA D'ALESSANDRO, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-548-GMS |
| | ) | |
| PROGRESSIVE NORTHERN | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The plaintiffs, Joseph L. D'Alessandro ("Mr. D'Alessandro") and Olga D'Alessandro

("Mrs. D'Alessandro") , appear *pro se*, and have filed this action without prepayment of the

filing fee.  The plaintiffs are jointly and severally liable for the $350.00 filing fee.

Mrs. D'Alessandro filed a request to proceed *in forma pauperis* (D.I. 1), but it does not

contains any information for the court to make a determination if Mr. D'Alessandro may proceed

*in forma pauperis*.   Mrs. D'Alessandro did not a request to proceed *in forma pauperis*.

Therefore,  Mr. and Mrs. D'Alessandro **shall each file** with the court a request to proceed *in*

*forma pauperis* within thirty (30) days from the date of this order.  The clerk of the court is

directed to provide the plaintiffs with the necessary forms for filing said application.  **Failure by**

**either plaintiff to return the requested information within the thirty days shall result in his**

**or her dismissal from the action without prejudice.**

The court also notes that the complaint in this case is filed on behalf of both the plaintiffs,

but is signed only by plaintiff Mr. D'Alessandro.  Mr. D'Alessandro is not an licensed attorney

and therefore cannot represent or file documents on behalf of other individuals even if the other

individual is his wife.  Hence, pleadings filed on behalf of both the *pro se* plaintiffs **must** be signed by each of them.  Because the complaint is signed only by Mr.  D'Alessandro, the complaint (D.I. 2) is **STRICKEN**.  The plaintiffs are given leave to file an amended complaint appropriately signed by both plaintiffs. **The amended complaint shall be filed within 30 days from the date of this order or the case will be closed.**

The plaintiffs are forewarned that future pleadings filed on behalf of both *pro se* plaintiffs and that are not signed by each of them will be **STRICKEN**.

UNITED STATES DISTRICT JUDGE

September ___, 2006
Wilmington, Delaware

**FILED**

SEP 2 9 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2