AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

**FILED**
OCT - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Joseph Okpa Dalumondo_
——— Plaintiff

v.

_Progressive Insurance_
——— Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 06cv548 GMS

I, _Joseph L. Dalumondo_ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    • Yes    (No)    (If "No" go to Question 2)

   If "YES" state the place of your incarceration _____

   **Inmate Identification Number (Required):** _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?    • • Yes    (• No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    • • Yes    • • No
   b. Rent payments, interest or dividends    • • Yes    • • No
   c. Pensions, annuities or life insurance payments    • • Yes    • • No
   d. Disability or workers compensation payments    • • Yes    • • No
   e. Gifts or inheritances    • • Yes    • • No
   f. Any other sources    • • Yes    • • No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

_Social Security Disability
1,200.00 Per Month
2,000.00 Bills Per Month_

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes  (• • No)

   If "Yes" state the total amount $ ~~Zero~~

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    (• • Yes)   • • No

   If "Yes" describe the property and state its value.

   CAR 1998 Mitz. Mirti, Value 8,000.00
   Mobile Home 1986           Value 30,000.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   Wife (No)
   If Possible.

   I declare under penalty of perjury that the above information is true and correct.

   10  24  06          /s/ Joseph F. O'[illegible]
   _____     _____
   DATE                SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



WILMINGTON DE 197
04 OCT 2006 PM 3 L

Joseph L. D'Alessandro, Pro se
Olga D'Alessandro, Pro se
23136 Prince George Drive
Angola Estates
Lewes, DE 19958-9342

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH L. D'ALESSANDRO and OLGA D'ALESSANDRO, <br><br> Plaintiffs, <br><br> v. <br><br> PROGRESSIVE NORTHERN INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-548-GMS <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

The plaintiffs, Joseph L. D'Alessandro ("Mr. D'Alessandro") and Olga D'Alessandro ("Mrs. D'Alessandro"), appear *pro se*, and have filed this action without prepayment of the filing fee. The plaintiffs are jointly and severally liable for the $350.00 filing fee.

Mrs. D'Alessandro filed a request to proceed *in forma pauperis* (D.I. 1), but it does not contains any information for the court to make a determination if Mr. D'Alessandro may proceed *in forma pauperis*. Mrs. D'Alessandro did not a request to proceed *in forma pauperis*. Therefore, Mr. and Mrs. D'Alessandro **shall each file** with the court a request to proceed *in forma pauperis* within thirty (30) days from the date of this order. The clerk of the court is directed to provide the plaintiffs with the necessary forms for filing said application. **Failure by either plaintiff to return the requested information within the thirty days shall result in his or her dismissal from the action without prejudice.**

The court also notes that the complaint in this case is filed on behalf of both the plaintiffs, but is signed only by plaintiff Mr. D'Alessandro. Mr. D'Alessandro is not an licensed attorney and therefore cannot represent or file documents on behalf of other individuals even if the other

individual is his wife. Hence, pleadings filed on behalf of both the *pro se* plaintiffs **must** be signed by each of them. Because the complaint is signed only by Mr. D'Alessandro, the complaint (D.I. 2) is **STRICKEN**. The plaintiffs are given leave to file an amended complaint appropriately signed by both plaintiffs. **The amended complaint shall be filed within 30 days from the date of this order or the case will be closed.**

The plaintiffs are forewarned that future pleadings filed on behalf of both *pro se* plaintiffs and that are not signed by each of them will be **STRICKEN**.

UNITED STATES DISTRICT JUDGE

September 28, 2006
Wilmington, Delaware

FILED
SEP 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2