UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH D'ALESSANDRO and OLGA D'ALESSANDRO,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>Defendant. | C.A. No. 06-CV548-GMS |

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Defendant, Progressive Northern Insurance Company, in the above-captioned matter. The defendant, Progressive Northern Insurance Company, reserves the right to answer, move or otherwise plead, including the right to aver lack of jurisdiction and/or improper service of process.

/s/ MICHAEL I. SILVERMAN
MICHAEL I. SILVERMAN
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Defendant
Progressive Northern Insurance Company
I.D. No.#3034

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH D'ALESSANDRO and OLGA D'ALESSANDRO,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>Defendant. | :<br>:  C.A. No. 06-CV548-GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, Michael I. Silverman, do hereby certify that two copies of the Entry of Appearance were served via E-filing and by U.S. Mail, on October 24, 2006, to:

>Joseph D'Alessandro and Olga D'Alessandro
>Plaintiffs Pre-Se
>23136 Prince George Drive
>Angola Estates
>Lewes, DE 19958-9342


>/s/ MICHAEL I. SILVERMAN
>MICHAEL I. SILVERMAN
>SILVERMAN MCDONALD & FRIEDMAN
>1010 N. Bancroft Parkway
>Suite 22
>Wilmington, DE 19805
>(302) 888-2900
>  Attorney for Defendant
>Progressive Northern Insurance Company
>Bar I. D. No. 3034