UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH D'ALESSANDRO and OLGA D'ALESSANDRO, | C.A. No. 1:06-cv-548-GMS |
| Plaintiffs, | |
| v. | REQUEST FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD PURSUANT TO RULE 12 |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | |
| Defendant. | ELECTRONICALLY FILED |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant Progressive Northern Insurance Company hereby requests that the Clerk enter an Order for Enlargement of Time for Defendant to answer or otherwise respond to the Plaintiffs Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure. Defendant is in the process of filing a Motion to Dismiss based on the Plaintiffs failure to state a cause of action against Defendant upon which relief may be granted.

WHEREFORE, defendant Progressive Northern Insurance Company requests the Clerk to enter an enlargement of time to answer or otherwise plead pursuant to Rule 12 of the Federal Rules of Civil Procedure.

By: /s/: Michael I. Silverman
Michael I. Silverman, Esquire
DE Bari ID: 3034
SILVERMAN, McDONALD & FRIEDMAN
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone: (302) 888-2900
Fax: (302) 888-2923

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH D'ALESSANDRO and OLGA D'ALESSANDRO, | : <br> : C.A. No. 1:06-cv-548-GMS <br> : |
| Plaintiffs, | : <br> : |
| v. | : **REQUEST FOR ENLARGEMENT OF** <br> : **TIME TO ANSWER OR OTHERWISE** <br>   **PLEAD PURSUANT TO** <br> : **RULE 12** |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | : <br> : <br> : **ELECTRONICALLY FILED** |
| Defendant. | : <br> : |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon Application for Enlargement of Time of Default Judgment and Time for Defendant to answer or otherwise respond to the Plaintiffs Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the Defendant has _____ days to Answer the Complaint.

BY THE COURT:

_____
J.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOSEPH D'ALESSANDRO and OLGA D'ALESSANDRO, | : | C.A. No. 1:06-cv-548-GMS |
| | : | |
| Plaintiffs, | : | |
| | : | **REQUEST FOR ENLARGEMENT** |
| v. | : | **OF TIME TO ANSWER OR** |
| | : | **OTHERWISE PLEADE PURSUANT TO** |
| | : | **RULE 12** |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | : | |
| | : | **ELECTRONICALLY FILED** |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

This is to certify that on November 3, 2006, a copy of the foregoing Request for an Order for Enlargement of Time to Answer or Respond on behalf of the Defendant Pursuant to Rule 12 of the Federal Rules of Civil Procedure was filed electronically.

I hereby certify that on November 3, 2006, a true and correct copy of the foregoing Request for Order of Enlargement of Time to Answer or Otherwise Plead Pursuant to Rule 12 of the Federal Rules of Civil Procedure was served by U.S. first class mail, postage prepaid, upon the following:

> Joseph D'Alessandro and Olga D'Alessandro
> Plaintiffs Pre-Se
> 23136 Prince George Drive
> Angola Estates
> Lewes, DE 19958-9342

> By: /s/: Michael I. Silverman
> Michael I. Silverman, Esquire
> DE Bari ID: 3034
> SILVERMAN, McDONALD & FRIEDMAN
> 1010 North Bancroft Parkway, Suite 22
> Wilmington, DE 19805
> Telephone: (302) 888-2900
> Fax: (302) 888-2923