Chambers of The Honorable Judge Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

Dear Judge I have not heard anything on summons,
I complied with your order.

### CIVIL DOCKET FOR CASE #: 1:06-cv-00548-GMS

11/15/2006   10   ORDER, Plaintiff shall return to Clerk original USM 285 form(s). Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to pltf.). MEMORANDUM AND ORDER GRANTING 5 MOTION for Leave to Proceed in forma pauperis filed by Joseph L. D'Alessandro, GRANTING 6 MOTION to Voluntarily Dismiss filed by Olga D'Alessandro, GRANTING 1 MOTION for Leave to Proceed in forma pauperis filed by Joseph L. D'Alessandro, and REINSTATING 2 Complaint filed by Joseph L. D'Alessandro. All allegations of constitutional violations are DISMISSED without prejudice pursuant to 28 U.S.C. Section 1915(e)(2)(B). Signed by Judge Gregory M. Sleet on 11/15/06. (mmm) (Entered: 11/15/2006)

YHWH Bless You

Joseph D'Alessandro

*[signature]*

FILED

FEB - 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE



WILMINGTON DE 197
01 FEB 2007 PM 2 T

Chambers of The Honorable Judge Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

Mrs. Olga Dalessandr
23136 Prince George DR
Lewes, DE 19958