IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH L. D'ALESSANDRO, <br><br> Plaintiff, <br><br> v. <br><br> PROGRESSIVE NORTHERN INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civ. No. 06-548-GMS <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

WHEREAS, the plaintiff, Joseph L. D'Alessandro ("D'Alessandro"), filed a complaint without prepayment of the filing fee;

WHEREAS, on November 15, 2006, the court entered an order requiring D'Alessandro to complete and return a USM-285 form for the defendant, and informed D'Alessandro that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 10);

WHEREAS, to date, the required USM-285 form has not been received from D'Alessandro;

THEREFORE, at Wilmington this 22 day of March, 2007, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).



UNITED STATES DISTRICT JUDGE

FILED

MAR 2 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE