Thursday, March 22, 2007

Dear Honorable Judge Sleet
Grace of Court. Due to illness, and indigent.



1.      I sent Form Back To Court [ USM 285 form(s)] As Ordered.
It nust of got Lost, AND/OR default due to mental duress, taking care of my wife.
 Olga is under the care of Medical Professional Psychiatrist, and Medications.
<u>Accident aggravated her, disability</u> [to make worse or more severe; intensify].

Olga the plaintiff has shown good cause for the failure to comply with order,
if indeed that is what occured.

Olga was on Social Security Disability at time we were STOPPED at red light and hit head on in rear.

I sent Letter to court on this issue.
02/05/2007    12    Letter to Honorable Gregory M. Sleet from Joseph D'Alessandro regarding request
for status. (mmm) (Entered: 02/05/2007)

                                                                                          page 1


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

Joseph D'Alessandro and Olga D'Alessandro and all alike citizens Pro-Se & Pro-Socia
23136 Prince George Drive
Angola Estates
Lewes Delaware 19958-9342
phone [302] 945-1554

plantiffs                                    CIVIL DOCKET FOR CASE #: 1:06-cv-00548-GMS

Progressive Northern Insurance Company [a foreign corporation]
6300 Wilson Mills Road
Mayfield Village, OH 44143-2182

defendant

## REQUEST Motion to reopen case as follows

# Honest and Ethical Error.

<u>Under Federal Law Federal Rules of Civil Procedure & Substantive Due Rights</u>

*Joseph D'Alessandro*

VII. JUDGMENT Rule 60.

Rule 60. Relief from Judgment or Order

(b) Mistakes; Inadvertence; Excusable Neglect; Newly Discovered Evidence; Fraud, Etc

Time Limit for Service.
<u>Default due to mental duress, taking care of my wife. Olga is under the care of Medical Professional Psychiatrist</u>
If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1).
(n) Seizure of Property; Service of Summons

## PROOF OF SERVICE

I, Joseph and Olga D'Alessandro, do swear or declare that on this date, Thursday, Thursday, March 22, 2007 as required by, THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE. I have served the enclosed Plantiffs
**Motion to reopen case as follows.** Depositing an envelope containing the above document in the United States Mail properly addressed to the witness and/or *defense counsel* and/or defendants and with first-class postage prepaid. and by electronic mail.

The names and addresses of those served are as follows:

Signed Mrs. Olga D'Alessandro

Signed Mr. Joseph D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342
(302)-945-1554

Michael I. Silverman
Silverman McDonald and Friedman
1010 N. Bancroft Parkway
Suite 22
Wilmington Delaware 19805
Attorney For Defendant
Progressive Northern Insurance Company

Peter T. Dalleo, Clerk of Court
U.S. District Court, District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

Olga D'Alessandro
2336 Prince George Drive
Lewes, DE 19958

WILMINGTON, DE 19850
MAR 23 2007

Peter T. Dalleo, Clerk of Court
U.S. District Court, District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801