IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH L. D'ALESSANDRO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-548-GMS |
| | ) | |
| PROGRESSIVE NORTHERN | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, the plaintiff, Joseph L. D'Alessandro ("D'Alessandro"), filed a complaint without prepayment of the filing fee;

WHEREAS, on November 15, 2006, the court entered an order requiring D'Alessandro to complete and return a USM-285 form for the defendant, and informed D'Alessandro that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 10);

WHEREAS, on March 22, 2007, the court entered an order dismissing the complaint for failure to submit the required forms (D.I. 13);

WHEREAS, on March 26, 2007, D'Alessandro filed a motion to reopen the case, and informed the court that he previously sent the forms, they must have been lost, and/or he "defaulted" because he has been taking care of his ill wife, and he has now submitted the required forms (D.I. 14);

THEREFORE, at Wilmington this ___ day of _____, 2007, IT IS

HEREBY ORDERED that the clerk of the court shall reopen this action. Service shall take place

as previously ordered on November 15, 2006 (D.I. 10).

UNITED STATES DISTRICT JUDGE

FILED

APR 1 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

-2-