OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

April 11, 2007

TO: Joseph L. D'Alessandro
    Joseph L. D'Alessandro, Pro se
    23136 Prince George Drive
    Angola Estates
    Lewes, DE 19958-9342

**RE:  U.S. Marshal 285 Forms**
*Civ. No. 06-548(GMS)*

Dear Mr. D'Alessandro:

Please be advised that this office has received the required U.S. Marshal 285 form in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Gregory M. Sleet
     U.S. Marshal
     Pro Se Law Clerk