Tuesday, 07 August, 2007

Respectfully to The Honorable Judge Gregory M. Sleet:

       Dear Your Honor,
checking progree of case. Need closure for Mrs. Olga D'Alessandro, aganist Progressive Northern Insurance Company.

Set up hearing, ASAP if Your Honor can.

1:06-cv-00548-GMS D'Alessandro et al v. Progressive Northern Insurance Company
Gregory M. Sleet, presiding
Date filed: 09/01/2006 Date of last filing: 06/05/2007

Copy:
Michael I. Silverman
Silverman & McDonald
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
mike@Silverman-McDonald.psemail.com
  Assigned: 10/24/2006
  LEAD ATTORNEY

*[Signature: Joseph L. D'Alessandro]*

*[Court filing stamp: 2007 AUG -8 PM 12:15, U.S. DISTRICT COURT, DISTRICT OF DELAWARE]*



Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801

Olga Dalessandro
23136 Prince George Dr.
Lewes, DE 19958

