IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

1:06-cv-00548-GMS D'Alessandro et al v. Progressive Northern Insurance Company
Gregory M. Sleet, presiding
Date filed: 09/01/2006 Date of last filing: 09/19/2007

Re:                                                         Thursday, 20 September, 2007

Letter To Honorable Judge Gregory M. Sleet.

    The defense after 120 days files a motion to dismiss, claiming Mrs. Olga D'Alessandro terminated herself from case, not true Mrs. D'Alessandro is on Social Security Disability long before accident, suffering fractured spinal discs, and panic attacts, and depression. I explained this to Court. She cannot represent herself, she is on numerous medications.

    If Honorable Judge Gregory M. Sleet would like to appoint her attorney that is OK. Mrs. D'Alessandro has Substantive Legal Rights, and Substantive Due Process in a Civil Society [fairness].

The Accident caused, adding more Mental & Physical Injury, to Mrs D'Alessandro

copy:
Michael I. Silverman
Silverman & McDonald
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
mike@Silverman-McDonald.psemail.com
  Assigned: 10/24/2006
  LEAD ATTORNEY



FILED
SEP 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mrs. Olga Dalessandr
23136 Prince George DR
Lewes, DE 19958

WILMINGTON
20 SEP 2007