Page 1

## IN THE FEDERAL DISTRICT COURT OF THE THIRD CIRCUIT

### WILMINGTON DELAWARE

<u>Joseph L. D'Alessandro, Pro se & Olga D'Alessandro</u>
23136 Prince George Drive
Angola Estates
Lewes, DE 19958-9342
(302) 945-1554
Added: 09/01/2006

(Plaintiffs)
PRO SE

<u>Olga D'Alessandro, Pro se  TERMINATED: 11/15/2006 due to physical and</u> psychology
<u>of mental state</u>.
According to FRCP. Rule 17. Parties Plaintiff and Defendant; Capacity.

23136 Prince George Drive
Angola Estates
Lewes, DE 19958-9342
(302) 945-1554
Added: 09/01/2006

(Plaintiffs)
PRO SE

FILED
OCT 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RD scanned

1:06-cv-00548-GMS D'Alessandro et al v. Progressive Northern Insurance Company

v.          Gregory M. Sleet, presiding

Progressive Northern Insurance Company
a foreign corporation

Defendant

### MOTION BY PLANTIFFS FIND

Progressive Northern Insurance Company in default

according to FRCP. VII. JUDGMENT  Rule 55

Rule 55. Default By the Clerk and/or Court.

09/21/2007    21      ANSWERING BRIEF in Opposition re 20 MOTION to Dismiss for Failure to State a Claim  and Certificate of Service filed by Joseph L. D'Alessandro. Reply Brief due date per Local Rules

is 10/1/2007. (mmm) (Entered: 09/24/2007)

The last time it took [defendant] and Michael I. Silverman over 120 days to answer.

Annotation
Olga D'Alessandro, Pro se  TERMINATED: 11/15/2006 due to physical and psychology of mental state.
According to FRCP. Rule 17. Parties Plaintiff and Defendant; Capacity.

Wednesday, 17 October, 2007

Thank You
         Sincerly

God Bless You and Your Family

Mr. Joseph D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware, 19958-9342

Phone (302) 945 1554

## PROOF OF SERVICE

   I, Joseph D'Alessandro, do swear or declare that on this date, Wednesday, 17 October, 2007 as required by, THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE. I have served the enclosed Plantiffs motion . Depositing an envelope containing the above document in the United States Mail properly addressed to the witness and/or *defense counsel* and/or defendants and with first-class postage prepaid.

The names and addresses of those served are as follows:

Signed Mr. Joseph D'Alessandro

Michael I. Silverman
Silverman & McDonald
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
mike@Silverman-McDonald.psemail.com
LEAD ATTORNEY



WILMINGTON DE 197
17 OCT 2007 PM 3 T

Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801

Mrs Olga Dallesandro
23136 Prince George Dr
Lewes DE 19958



U.S.M.S.
X-RAY